FORM 1

## NOTICE OF APPEAL

\* \* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
__Eastern__ DISTRICT OF __New York__



NOTICE OF APPEAL

__08-CV-3806__
Docket No.

Notice is hereby given that __King Justice Allah-El__
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision (describe it) __Of Honorable Dora L. Irizarry, United States District Judge, dismissing plaintiff's complaint,__

entered in this action on the __18th__ day of __December__, 20__08__.

Without prejudice
All rights reserved      UCC 1-207
Signature

__King Justice Allah-El__
Printed Name

__550 Audubon Avenue #9__
Address

__New York, New York 10040__

__(646) 372-3356__
Telephone No. (with area code)

Date: __01/17/2009__