EDNY (Brooklyn)
08-CV-3806

MANDATE

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 23rd day of March, two thousand and nine,

King Justice Allah-El,

    Plaintiff-Appellant,

v.

Judges of the Supreme Court, Yvonne Lewis & Randall T. Eng, Judges of the Criminal Court, County of Kings, Eileen Nadelson, Zaro, Yearwood, Cyrulnik, Best, Smith, McGuire, Gubbay, Burke, Jeung, Miller, John & Jane Doe, Charles Hynes, Cyril Thomas, Robert Geary, Julie Degenero, Nicole Tartak, David Korngold, Pearl Christensen, Edward Kravitz, Dennis Brogan, John & Jane Doe, Susan H. Harkavy, Deputy Clerk, Appellate Division, 2nd Department, James Pelzer, Court Clerk, Appellate Division, 2nd Department, Mr. Harris, Supervising Clerk, Appellate Division, 2nd Department, Mr. Devito, Court Clerk, Kings County Supreme Court, John & Jane Doe Clerks, various Clerks of the Kings County Criminal Court on Duty at the time that defendant judges of the same court were on the bench, Lieutenant Sheridan, Appellate Division, 2nd Department, John & Jane Doe Sergeants, Lieutenants, Captains, on duty during hearings pertaining to Plaintiff,

    Defendants-Appellees.

**ORDER**
Docket Number: 09-0303-cv

An appeal having been filed in this Court on 01/21/09; and,

The Court, *sua sponte*, on 03/06/09 having issued an order to show cause why the appeal should not be dismissed for failure to pay the required docket fee; and

Appellant not having responded to the Court as directed;

IT IS ORDERED, that the appeal is dismissed.

For the Court:
Catherine O'Hagan Wolfe, Clerk
By:
Atasha Joseph, Deputy Clerk

CERTIFIED: 04/24/09

Catherine O'Hagan Wolfe, Clerk
by_____
DEPUTY CLERK